THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL K. NESTER, Appellant.

Submitted December 10, 1937; decided January 4, 1938.

Motion for reargument denied.    (See 275 N. Y. 628.)